# United States District Court
## Violation Notice (Rev. 1/2019)

NP22066342

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA05 | 09965524 | Brower | 2397 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 3/27/22  1420 | 36 CFR 2.1(a)(6) |

**Place of Offense:** West Tour Road / Colonial NHP

**Offense Description; Factual Basis for Charge:** Possessing / digging / disturbing cultural / archeological resources

### DEFENDANT INFORMATION

Last Name: Richey
First Name: Ross
MI: R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| TREELYF | VA | 01 | Dodge/Ram | | Grn |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Newport News, VA
Date: 07/19/2022
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*09965524*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident